## THE PEOPLE ex rel. HARVEY MILLER and others, *v.* JAMES R. COMES and others, Referees.

Certiorari to review the proceedings of referees, appointed by the county judge of Madison county, affirming the order of commissioners of highways, laying out a highway.

The only question discussed by the court, was, whether or not the road was laid out through the barn, court or door-yard of the relator, without his consent, in violation of the statute which declares that no road " shall be laid out through any buildings, or any fixtures or erections for the purposes of trade or manufactures; or any yards or inclosures necessary to the use and enjoyment thereof, without the consent of the owner." [*]

The court, after citing with approval the rule laid down by Chancellor Walworth, in *Lansing* v. *Caswell*, [†] decided that the evidence in the case, was not sufficient to authorize a reversal of the order of the referees, and affirmed the proceedings.

*B. T. Chapman*, for the relator.

*M. J. Shoecraft*, for the respondent.

Opinion by Miller, P. J.

Present—Miller, P. J., Boardman and James, JJ.

Proceedings affirmed, with costs.

[*] 1 Rev. St., 514, § 57.                     [†] 4 Paige, 519–523.